UNITED STATES BANKRUPTCY COURT                     Firm # 20-8104897
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                                   Chapter 11
GREGG LUBONTY,                                      Case #: 811-77413

                            Debtor.
-------------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)

     ROY J. LESTER, an attorney duly admitted to practice before this court, affirms the following under the penalty of perjury:

     1.     That I am the attorney for GREGG LUBONTY and as such am fully familiar with the facts and circumstances that surround this case.

     2.     That on October 19, 2011, Gregg Lubonty filed a Chapter 11 petition.  The 341 has been scheduled for December 2, 2011 and the last date to file objections is January 31, 2012.

     3.     Filed herewith is an amendment to Schedules B, D & F filed herein.  (See Exhibit "A")

     4.     Annexed hereto is a listing setting forth the specific additions to Schedule B, to add the bank account numbers for accounts listed, as well as to add an additional bank account that was inadvertently left off debtor's schedule.  The schedule needs to be amended to include this asset:

**FROM:**
2.     Checking, savings or other financial accounts

     Checking Acct at Wells Fargo ($0)          $0.00
     Checking Acct at PNC Bank ($0)

**TO:**
2.     Checking, savings or other financial accounts

     Checking Acct at Wells Fargo (Acct # ending 2340) ($0)     $694.89
     Checking Acct at PNC Bank (Acct # ending 6753) ($0)
     Joint Checking Acct at PNC Bank (Acct # ending 4032) ($694.89)

     5.     Annexed hereto is an Amended Schedule D which has been amended to include real estate taxes, and a Summons & Complaint, which was inadvertently left off of the original list of creditors.  The schedule needs to be amended to include the following creditors.

DEUTSCHE BANK/AMER HOME     S&C          UNKNOWN
C/O JORDAN KATZ, ESQ.               INDEX # 11-28675
395 N. SERVICE RD, STE 401
MELVILLE, NY 11747

| | | |
|---|---|---|
| MIAMI-DADE COUNTY TAX COLLECTOR, BNKR UNIT 140 W. FLAGLER ST. STE 1403 MIAMI, FL 33130 | RE TAXES ACCT# 0760 | $40,828.41 |

6.      Annexed hereto is a listing setting forth the specific additions to Schedule F. The nature of the change is to include each of the following creditors listed.

| | | |
|---|---|---|
| AIRTOUCH/PACTEL CELLULAR C/O B-REAL LLC MS 550 PO BOX 91121 SEATTLE, WA 98111 | SERVICES ACCT # 8932 | $1674.67 |
| AMEX C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355 | CREDIT CARD ACCT #1009 | $6283.77 |
| BANK OF AMERICA FL-9-600-02-26 PO BOX 45224 JACKSONVILLE, FL 32232 | POSSIBLE DEFICIENCY '94 OCEAN SUPER SPORT ACCT # 6966 | UNKNOWN |
| FLORENCE GRUNBERG C/O SCOTT LOCKWOOD, ESQ. 1476 DEER PARK AVE, STE 3 NORTH BABYLON, NY 11703 | UNSEC JUDGMENT INDEX #: 05-28552 | $1552.00 |
| NORTH SEA PLUMBING/HTG C/O VALER ENTERPRISES 1170 LINCOLN AVE PO BOX 119 HOLBROOK, NY 11741 | SERVICES ACCT# E288 | $3812.42 |

7.      An amended mailing matrix is annexed hereto, reflecting such changes as have been referred to above. (See Exhibit "B")

WHEREFORE, applicant prays the allowing of the filing of the amended schedules.

Dated:  Garden City, New York
        November 11, 2011

                              s/ Roy J. Lester
                              _____
                              ROY J. LESTER
                              LESTER & ASSOCIATES, P.C.
                              600 Old Country Road, Suite 229
                              Garden City, New York  11530
                              (516) 357-9191

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Firm # 20-8104897

-------------------------------------------------------------X

In Re:

Case No. 8-11-77413

GREGG LUBONTY,

Chapter 11

                              Debtor.

-------------------------------------------------------------X

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                              ) SS.:
COUNTY OF NASSAU )

        I, KRISTA COLALILLO, being duly sworn, depose and say:

        1.  That I am not a party to the action, and I am over eighteen years of age and reside in Oceanside, New York.

        2.  That on the 11ᵗʰ day of November, 2011, I served a copy of an AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(A) by depositing a true copy thereof in an official depository of the United States Postal Service contained in a securely closed post-paid envelope directed to the following person by First Class Mail at the address designated below which is the last known address of the addressee and enclosed in- an envelope containing name and return address of the party effecting service to:

See attached list

                                                        s/ Krista Colalillo
                                        _____
                                        KRISTA COLALILLO

Sworn to before me this
11ᵗʰ day of November, 2011

    s/ Roy J. Lester

_____
Notary Public

            ROY J. LESTER
    Notary Public, State Of New York
            No.30-4841129
        Qualified In Nassau County
Commission Expires September 30, 2013

Office of the US Trustee
LI Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722-4456

Deutsche Bank/Amer Home
C/O Jordan Katz, Esq.
395 N. Service Rd, Ste 401
Melville, Ny 11747

Miami-Dade County Tax
Collector, Bnkr Unit
140 W. Flagler St., Ste 1403
Miami, Fl 33130

Airtouch/Pactel Cellular
C/O B-Real Llc
Ms 550, Po Box 91121
Seattle, Wa 98111

Amex
C/O Becket & Lee LLPP
Po Box 3001
Malvern, Pa 19355

Bank of America
FL9-600-02-26
PO Box 45224
Jacksonville, FL 32232

Florence Grunberg
C/O Scott Lockwood, Esq.
1476 Deer Park Ave, Ste 3
North Babylon, Ny 11703

North Sea Plumbing/Htg
C/O Valer Enterprises
1170 Lincoln Ave
Po Box 119
Holbrook, Ny 11741

**EXHIBIT "A"**

B6B (Official Form 6B) (12/07)

In re    **Gregg Lubonty**                                                                    Case No.    **8-11-77413**
                                          Debtor                                      ,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash - Debtor's Residence** | H | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct at Wells Fargo (Acct # ending 2340 ($0)**<br>**Checking Acct at PNC Bank (Acct # ending 6753 ($0)**<br>**Joint Checking Acct at PNC Bank (Acct # ending 4032) ($694.89)** | H | 694.89 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture - Debtor's Residence** | H | 5,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing - Debtor's Residence** | H | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **6,294.89**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gregg Lubonty**                                              Case No.    **8-11-77413**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Owner of GML Realty (dba) - Debtor's Residence** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                             Sub-Total >          0.00
                                                          (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Gregg Lubonty**                                                Case No.  **8-11-77413**
_____                                    _____
                            Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, copy machine, fax machine - Debtor's Residence** | H | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Boston Terrier Dog - Debtor's Residence** | H | Unknown |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 200.00 |
| Total > | 6,494.89 |

(Report also on Summary of Schedules)

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6D (Official Form 6D) (12/07)

In re   **Gregg Lubonty**                                                                    Case No.   **8-11-77413**
                          _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 8113, Index # 07/15940 | | | 1st Mtg | | | | | |
| American Home Mortgage c/o Alan Weinreb 6800 Jericho Tpk Ste #207W Syosset, NY 11791 | | H | 288 Montauk Hwy, Southampton, NY | | | X | | |
| | | | Value $            3,100,000.00 | | | | 2,500,000.00 | 0.00 |
| Account No. 0704 | | | 2nd Mtg | | | | | |
| American Home Mortgage c/o Alan Weinreb 6800 Jericho Tpk Ste #207W Syosset, NY 11791 | | H | 288 Montauk Hwy, Southampton, NY | | | X | | |
| | | | Value $            3,100,000.00 | | | | 500,000.00 | 0.00 |
| Account No. 4887, Index # 18893/11 | | | 1st Mtg | | | | | |
| American Home Mortgage c/o Alan Weinreb 6800 Jericho Tpk Ste #207W Syosset, NY 11791 | | H | 286 Montauk Hwy, Southampton, NY | | | X | | |
| | | | Value $            3,000,000.00 | | | | 2,500,000.00 | 0.00 |
| Account No. 3921 | | | 2nd Mtg | | | | | |
| American Home Mortgage c/o Alan Weinreb 6800 Jericho Tpk Ste #207W Syosset, NY 11791 | | H | 286 Montauk Hwy, Southampton, NY | | | X | | |
| | | | Value $            3,000,000.00 | | | | 500,000.00 | 0.00 |

**2**   continuation sheets attached

Subtotal
(Total of this page)           **6,000,000.00**           **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gregg Lubonty**                                              Case No.    **8-11-77413**
_____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 6229, Index # 07-15484 | | | 1st Mtg | | | | | |
| American Home Mortgage c/o Alan Weinreb 6800 Jericho Tpk Ste #207W Syosset, NY 11791 | | H | 61 Middle Pond Rd, Southampton, NY | | | X | | |
| | | | Value $           500,000.00 | | | | 450,000.00 | 0.00 |
| Account No. Index # 11-28675 | | | S&C | | | | | |
| Deutsche Bank/Amer Home c/o Jordan Katz, Esq. 395 N. Service Rd,Ste 401 Melville, NY 11747 | | H | 61 Middle Pond Rd, Southampton, NY - NOTICE ONLY | | | X | | |
| | | | Value $           500,000.00 | | | | Unknown | Unknown |
| Account No. xx-xxxx-xxx-0760 | | | Estimated 2011 | | | | | |
| Miami-Dade County Tax Collector, Bnkr Unit 140 W. Flagler St Ste 1403 Miami, FL 33130 | | H | RE Taxes  102 S. Hibiscus Dr, Miami Beach, FL | | | X | | |
| | | | Value $         3,550,000.00 | | | | 40,828.41 | 0.00 |
| Account No. 3521, Index # 15655/07 | | | 1st Mtg | | | | | |
| Wells Fargo Home Mortgage c/o Steven J. Baum 220 Northpoint Pkwy Ste G Buffalo, NY 14228 | | H | 290 Montauk Hwy, Southampton, NY | | | X | | |
| | | | Value $           775,000.00 | | | | 550,000.00 | 0.00 |
| Account No. | | | 1st Mtg | | | | | |
| Wells Fargo/Wachovia PO Box 10335 Des Moines, IA 50306 | | H | 102 S. Hibiscus Dr, Miami Beach, FL | | | X | | |
| | | | Value $         3,550,000.00 | | | | 3,000,000.00 | 0.00 |

Sheet __1__ of __2__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 4,040,828.41 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gregg Lubonty**                                                    Case No.    **8-11-77413**
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3434**<br><br>**Wells Fargo/Wachovia**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | | H | **2nd Mtg**<br><br>**102 S. Hibiscus Dr, Miami Beach, FL**<br><br>Value $                **3,550,000.00** | | | X | **550,000.00** | **50,000.00** |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **550,000.00** | **50,000.00** |
| Total<br>(Report on Summary of Schedules) | **10,590,828.41** | **50,000.00** |

B6F (Official Form 6F) (12/07)

In re    **Gregg Lubonty**                                  Case No.    **8-11-77413**

                                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **Advanced Ironworks** <br> **4275 Brogden Exchange** <br> **Suwanee, GA 30024** | | H | | **2006** <br> **Services** | | | X | 1,777.50 |
| Account No. <br><br> **Advanced Nurseries** <br> **755 Union Hill Rd** <br> **Alpharetta, GA 30004** | | H | | **8/06** <br> **Credit Card** | | | X | 7,447.53 |
| Account No. 8932 <br><br> **Airtouch/Pactel Cellular** <br> **c/o B-Real LLC** <br> **MS 550** <br> **PO Box 91121** <br> **Seattle, WA 98111** | | H | | **Services** | | | X | 1,674.67 |
| Account No. <br><br> **All Phase Plumbing** <br> **Attn: Stuart Alan Kurtz** <br> **301 Washington Ave** <br> **Marietta, GA 30060** | | H | | **Services** | | | X | 19,313.00 |

  **8**   continuation sheets attached

                                           Subtotal      30,212.70 <br> (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregg Lubonty**
_____
Debtor

Case No.    **8-11-77413**

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | 2005-2006 Services | | | | |
| Alley-Cassety Brick Attn: Curt Hirsch 1115 Southern Road Morrow, GA 30260 | | H | | | | | | X | 18,575.91 |
| Account No. **1009** | | | | | Credit Card | | | | |
| AMEX c/o Becket & Lee LLP PO Box 3001 Malvern, PA 19355 | | H | | | | | | X | 6,283.77 |
| Account No. | | | | | 2007 Business Loan | | | | |
| Arthur Giangrande 1893 W. 4th St Brooklyn, NY 11223 | | H | | | | | | X | 150,000.00 |
| Account No. | | | | | Services | | | | |
| Atlanta Glass and Mirror 246 Rio Circle Decatur, GA 30030 | | H | | | | | | X | 1,270.35 |
| Account No. | | | | | 2006 Services | | | | |
| Aztec Stone Empire Attn: DAniel Rojas 1430 Walnut Hill Circle Lawrenceville, GA 30043 | | H | | | | | | X | 942.23 |

Sheet no. _**1**_ of _**8**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177,072.26

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gregg Lubonty**                                    Case No.    **8-11-77413**
_____
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **6966** <br><br> **Bank of America** <br> **FL9-600-02-26** <br> **PO Box 45224** <br> **Jacksonville, FL 32232** | | H | | | **3/2001** <br> **Possible Deficiency - '94 Ocean Super Sport** | | | X | **Unknown** |
| Account No. **xxxx xxx xxxnown** <br><br> **Bank of America Visa** <br> **PO Box 15726** <br> **Wilmington, DE 19886** | | H | | | **Credit Card** <br> **8025-$30,069** <br> **unknown-$30K** | | | X | **60,069.00** |
| Account No. **2580** <br><br> **BMW Financial Services** <br> **PO Box 9001065** <br> **Louisville, KY 40290** | | H | | | **Possible Deficiency - '06 BMW X5** | | | X | **Unknown** |
| Account No. <br><br> **BQ Custom Cabinetry** <br> **12195 Highway 92** <br> **Ste 114-214** <br> **Woodstock, GA 30188** | | H | | | **2006** <br> **Services** | | | X | **7,016.00** |
| Account No. **7673** <br><br> **Citi** <br> **PO Box 6062** <br> **Sioux Falls, SD 57117** | | H | | | **Line of Credit - Business** | | | X | **19,600.00** |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **86,685.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gregg Lubonty**                                 Case No.   **8-11-77413**

                                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Credit Card | | | | |
| Citibank 701 East 60th Street Nort Sioux Falls, SD 57104 | | H | | | | | X | 40,000.00 |
| Account No. | | | | Services | | | | |
| Cox Interiors 1751 Old Columbia Road Campbellsville, KY 42718 | | H | | | | | X | 5,103.47 |
| Account No. | | | | 2007 Business Loan | | | | |
| Dallas Griffin 13323 Seymore Road Montrose, MI 48457 | | H | | | | | X | 100,000.00 |
| Account No. | | | | 2005-2006 Possible Deficiency - Homeowner's Assn Dues (260 Trimble) | | | | |
| Dorough & Dorough Two Decatur Town Center #520, 125 Clairemont Ave Decatur, GA 30030 | | H | | | | | X | 6,713.88 |
| Account No. Index #: 064400/10 | | | | S&C | | | | |
| Essay Energy Systems c/o Kirschenbaum&Phillips Attn: Michael L. Kohl,Esq 3000 Hempstead Tpk, 4thFl Levittown, NY 11756 | | H | | | | | X | 3,955.66 |

Sheet no. __3__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      155,773.01

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregg Lubonty**                                                    Case No.    **8-11-77413**
_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Index #: 05-28552** <br><br> **Florence Grunberg** <br> **c/o Scott Lockwood, Esq.** <br> **1476 Deer Park Ave, Ste 3** <br> **North Babylon, NY 11703** | | H | | **9-17-08** <br> **Unsec Judgment** | | | X | **1,552.00** |
| Account No. **3643** <br><br> **Home Depot/MGBA** <br> **PO Box 6029** <br> **The Lakes, NV 88901** | | H | | **2006** <br> **Credit Card** | | | X | **20,447.43** |
| Account No. <br><br> **HSBC** <br> **PO Box 37278** <br> **Baltimore, MD 21297** | | H | | **Revolving Credit - Business** | | | X | **341,748.82** |
| Account No. **SU-2010-014598** <br><br> **HSBC Bank** <br> **c/o Kirschenbaum&Phillips** <br> **3000 Hempstead Tpk** <br> **4th Flr** <br> **Levittown, NY 11756** | | H | | **Mot for SJ** | | | X | **Unknown** |
| Account No. <br><br> **James D. Green** <br> **505 Poplar Creek Crossing** <br> **Canton, GA 30114** | | H | | **04/06** <br> **Services** | | | X | **595.00** |

Sheet no. **4** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **364,343.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregg Lubonty**                                                          Case No.    **8-11-77413**
_____                            _____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Personal Loan - Business | | | | |
| John Lubonty 200 Tenth Avenue Belmar, NJ 07719 | | H | | | | | | X | 550,000.00 |
| Account No. 6927 | | | | | Revolving Credit - Business | | | | |
| JP Morgan Chase PO Box 29550 Phoenix, AZ 85038 | | H | | | | | | X | 241,712.00 |
| Account No. | | | | | Debt | | | | |
| Lafarge 68 Annex, PO Box 102420 Atlanta, GA 30368 | | H | | | | | | X | 3,156.32 |
| Account No. | | | | | 2005 Personal Loan - Business | | | | |
| Leo Moriera 891 Leopard Trail Winter Springs, FL 32708 | | H | | | | | | X | 100,000.00 |
| Account No. | | | | | April 2006 Possible Deficiency - '07 Mercedes S550 | | | | |
| Mercedes Credit 3 Paragon Drive Montvale, NJ 07645 | | H | | | | | | X | Unknown |

Sheet no.  **5**   of  **8**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **894,868.32**

B6F (Official Form 6F) (12/07) – Cont.

In re   **Gregg Lubonty**                                                      Case No.   **8-11-77413**
_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2006 Services | | | | |
| Mister Sprinkler 12195 Highway 92 Ste 114-214 Woodstock, GA 30188 | | H | | | | | | X | 4,500.00 |
| Account No. **4684** | | | | | Possible Deficiency - '06 Donzi | | | | |
| National City PO Box 856153 Louisville, KY 40285 | | H | | | | | | X | 100,000.00 |
| Account No. **xxxE288** | | | | | 9/30/11 Services | | | | |
| North Sea Plumbing/Htg c/o Valer Enterprises 1170 Lincoln Ave PO Box 119 Holbrook, NY 11741 | | H | | | | | | X | 3,812.42 |
| Account No. **09/05** | | | | | Services | | | | |
| Oakhurst Geotechnical 411 South Candle St Decatur, GA 30030 | | H | | | | | | X | 354.00 |
| Account No. | | | | | 06/06 Services | | | | |
| Pestban of Georgia 1025 Rose Creek Dr #620 Woodstock, GA 30189 | | H | | | | | | X | 575.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **109,241.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregg Lubonty**                                                      Case No.    **8-11-77413**
                                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 09/06 | | | | |
| Pike Nursery Holding Co 4020 Steven Reynolds Blvd Norcross, GA 30093 | | H | | Credit Card | | | X | 9,089.68 |
| Account No. xxx x. xxxxscus | | | | 11/10/06 | | | | |
| Plant Professionals 13901 SW 142 Ave Miami, FL 33186 | | H | | Unsec Lien - 102 S. Hibiscus Dr, Miami Beach, FL | | | X | 6,175.33 |
| Account No. 6173 | | | | Services | | | | |
| PODS 2970 Peachtree Rd #525 Atlanta, GA 30305 | | H | | | | | X | 477.67 |
| Account No. | | | | 09/06 | | | | |
| Premium Products 6945 Oak Ridge Pkwy Austell, GA 30168 | | H | | Services | | | X | 9,266.11 |
| Account No. | | | | 2005 | | | | |
| Pyramid Stone Co. 9400 Turtleback Dr Gainesville, GA 30506 | | H | | Credit Card | | | X | 12,832.93 |

Sheet no.  **7**  of  **8**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,841.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gregg Lubonty**                                     Case No.    **8-11-77413**
_____
                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2006 Services | | | | |
| R. Schwartz Inc. Attn: Allison Cook 6080 Parkway North Dr Cumming, GA 30040 | | H | | | | | X | 1,594.00 |
| Account No. | | | | 07/07 Services | | | | |
| Staircase and Millwork Co 165 Tidwell Drive Alpharetta, GA 30004 | | H | | | | | X | 9,854.00 |
| Account No. | | | | March & April 2007 Personal Loan - Business | | | | |
| Steve Nacht 44 Milland Dr Northport, NY 11768 | | H | | | | | X | 150,000.00 |
| Account No. | | | | 08/06 Services | | | | |
| Westbury Carpet Attn: Tony England PO Box 2006 Norcross, GA 30091 | | H | | | | | X | 4,642.65 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **166,090.65**

Total
(Report on Summary of Schedules)          **2,022,128.33**

**EXHIBIT "B"**

DEUTSCHE BANK/AMER HOME
C/O JORDAN KATZ, ESQ.
395 N. SERVICE RD, STE 401
MELVILLE, NY 11747

MIAMI-DADE COUNTY TAX
COLLECTOR, BNKR UNIT
140 W. FLAGLER ST.
STE 1403
MIAMI, FL 33130

AIRTOUCH/PACTEL CELLULAR
C/O B-REAL LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111

AMEX
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355

BANK OF AMERICA
FL-9-600-02-26
PO BOX 45224
JACKSONVILLE, FL 32232

FLORENCE GRUNBERG
C/O SCOTT LOCKWOOD, ESQ.
1476 DEER PARK AVE, STE 3
NORTH BABYLON, NY 11703

NORTH SEA PLUMBING/HTG
C/O VALER ENTERPRISES
1170 LINCOLN AVE
PO BOX 119
HOLBROOK, NY 11741

UNITED STATES BANKRUPTCY COURT                    Case No. 8-11-77413
EASTERN DISTRICT OF NEW YORK                      Chapter 11

In Re:

GREGG LUBONTY

Debtor.

## CHAPTER 11 AMENDED SCHEDULES

**LESTER & ASSOCIATES, P.C.**
**Attorney(s) for Debtor**
**600 OLD COUNTRY ROAD**
**SUITE 229**
**GARDEN CITY, NY 11530**
**(516) 357-9191**

To
Attorney(s) for

Service of a copy of the within
                              is hereby
admitted.
Dated,

Attorney(s) for

_____

Sir: Please take notice
NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                    20
. NOTICE OF SETTLEMENT
that an order
            of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within named Court, at          on the          day of          20
at                                                        Dated,